Matter of Desmarat v Martuscello
2026 NY Slip Op 04020
June 25, 2026
Appellate Division, Third Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Jean Marc Desmarat, Petitioner,
v
Daniel F. Martuscello III, as Commissioner of Corrections and Community Supervision, et al., Respondents.

Decided and Entered:June 25, 2026
CV-25-1464
Calendar Date: May 22, 2026
Before: Garry, P.J., Clark, Pritzker, Fisher And Mackey, JJ.

Jean Marc Desmarat, Napanoch, petitioner pro se.
Letitia James, Attorney General, Albany (Kate H. Nepveu of counsel), for respondents.

[*1]
Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Superintendent of Woodbourne Correctional Facility finding petitioner guilty of violating certain prison disciplinary rules.
Petitioner commenced this CPLR article 78 proceeding to challenge a tier II disciplinary finding that he had violated certain prison disciplinary rules. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's account. Inasmuch as petitioner has received all of the relief to which he is entitled, this matter is dismissed as moot (see Matter of Leonard v Titus, 239 AD3d 1132, 1132 [3d Dept 2025]; Matter of Acevedo v Annucci, 237 AD3d 1331, 1331 [3d Dept 2025]).
Garry, P.J., Clark, Pritzker, Fisher and Mackey, JJ., concur.
ADJUDGED that the petition is dismissed, as moot, without costs.